U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 26 2017
CLERK, U.S. DISTRICT COURT
By ________
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ERIC GERARD McGINNIS

CRIMINAL NO. 3-17CR-499-M

INDICTMENT

The Grand Jury Charges:

Count One
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841, 5861(d) and 5871)

On or about July 28, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Eric Gerard McGinnis**, knowingly possessed a firearm, an AR-15-style rifle of unspecified manufacturer having a barrel of less than 16 inches in length and bearing no serial number (pictured below), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26 U.S.C. §§ 5841, 5861(d), and 5871.

Count Two
Possession of Ammunition by a Prohibited Person
(Violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2))

On or about July 28, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Eric Gerard McGinnis**, who was subject to a court order issued on or about August 31, 2015, in Cause No. CV 15-398-V-292nd, in the 292nd Judicial District Court of Dallas County, Texas and issued after a hearing of which the defendant received actual notice and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner and restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury and included a finding that the defendant represented a credible threat to the physical safety of such intimate partner, did knowingly possess in and affecting interstate commerce, ammunition, namely: .223 caliber rifle ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are realleged and incorporated by reference herein.

Upon conviction for the offense alleged in Count One or Count Two of this Indictment and pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), the defendant, **Eric Gerard McGinnis**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved in the commission of the offense, including, but not limited to, the following: an AR-15-style rifle of unspecified manufacturer and bearing no serial number with a barrel less than 16 inches in length; and any ammunition and magazine recovered with that firearm.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

BRIAN McKAY
Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8645
Facsimile: 214-659-8805
Email: brian.mckay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

ERIC GERARD McGINNIS

---

INDICTMENT

26 U.S.C. §§ 5841, 5861(d) and 5871
Possession of an Unregistered Firearms

18 U.S.C. §§ 922(g)(8) and 924(a)(2)
Possession of Ammunition by a Prohibited Person

18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 26th day of September, 2017.

Clerk

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending