IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:17-CR-499-M |
| | § | |
| ERIC GERARD McGINNIS | § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, Eric Gerard McGinnis, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    \_\_\_\_X\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

　　　_____   Defendant's appearance as required

　　　____X____   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against defendant because (check one or both):

　　　_____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

　　　_____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

　　　_____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2422

　　　_____   Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

　　　_____   At first appearance

　　　____X____   After continuance of 1 day(s).

**Motion for Detention - Page 2**

DATED this 12th day of October 2017.

        Respectfully submitted,

        JOHN R. PARKER
        UNITED STATES ATTORNEY

        *s/Brian McKay*
        BRIAN McKAY
        Assistant United States Attorney
        Texas Bar No. 24046395
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-659-8645
        Facsimile: 214-659-8809
        Email: brian.mckay@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, a copy of the foregoing was served on the defendant or counsel for the defendant in accordance with the Federal Rules of Criminal Procedure.

        *s/Brian McKay*
        BRIAN McKAY
        Assistant United States Attorney