IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:17-CR-499-M |
| v. | (Supersedes the Indictment filed September 26, 2017) |
| ERIC GERARD McGINNIS | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841, 5861(d) and 5871)

On or about July 28, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Eric Gerard McGinnis**, knowingly possessed a firearm, to-wit: an AR-15-style rifle of unspecified manufacturer having a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

<u>Count Two</u>
Possession of Ammunition by a Prohibited Person
(Violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2))

On or about July 28, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Eric Gerard McGinnis**, who was subject to a court order issued on or about August 31, 2015, in Cause No. CV 15-00398-V-292ND, in the 292nd Judicial District Court of Dallas County, Texas and issued after a hearing of which the defendant received actual notice and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner and restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury and included a finding that the defendant represented a credible threat to the physical safety of such intimate partner, did knowingly possess in and affecting interstate commerce, ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are realleged and incorporated by reference herein.

Upon conviction for the offenses alleged in Counts One or Two of this Indictment and pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), the defendant, **Eric Gerard McGinnis**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved in the commission of the offense, including, but not limited to, the following: an AR-15-style rifle of unspecified manufacturer with a barrel less than 16 inches in length; and any ammunition and magazine recovered with that firearm.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
BRIAN McKAY
Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8645
Facsimile:  214-659-8805
Email:  brian.mckay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ERIC GERARD McGINNIS

SUPERSEDING INDICTMENT

26 U.S.C. §§ 5841, 5861(d) and 5871
Possession of a Unregistered Firearm

18 U.S.C. §§ 922(g)(8) and 924(a)(2)
Possession of Ammunition by a Prohibited Person

18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____  _____
DALLAS                                                                                             FOREPERSON

Filed in open court this 13th day of June, 2018.

-------------------------------------------------------------------------------------------

**Defendant in Federal Custody since 10/11/2017**

-------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending