**United States District Court**
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                         214/753-2400
U.S. Magistrate Judge David L. Horan

July 31, 2019

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    cases to reassign

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the cases on the attached list to another magistrate judge going forward for any matters that are or may be referred in accordance with the usual procedure.

                                                      Sincerely,

                                                      David L. Horan

3:17-cr-112-L
3:17-cr-190-M
3:17-cr-221-N
3:17-cr-257-K
3:17-cr-305-L
3:17-cr-341-B
3:17-cr-388-M
3:17-cr-468-D
3:17-cr-496-N
3:17-cr-499-M
3:17-cr-572-D
3:17-cr-626-D
3:17-cr-629-D