# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-10197

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ERIC GERARD MCGINNIS,

    Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas

ON PETITION FOR REHEARING EN BANC

(Opinion April 21, 2020, 5 Cir., _____, _____ F.3d _____)

Before HIGGINBOTHAM, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:

(x)    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not

No. 19-10197

disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

_____
STUART KYLE DUNCAN
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-10197    USA v. Eric McGinnis
                        USDC No. 3:17-CR-499-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

Mr. Brandon Elliott Beck
Mr. Andrew Laing
Ms. Karen S. Mitchell
Mr. Juan Gabriel Rodriguez
Ms. Leigha Amy Simonton