IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────

No. 19-10197

───────────────────

D.C. Docket No. 3:17-CR-499-1

United States Court of Appeals
Fifth Circuit
**FILED**
April 21, 2020
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ERIC GERARD MCGINNIS,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before HIGGINBOTHAM, JONES, and DUNCAN, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    STUART KYLE DUNCAN, Circuit Judge, joined by EDITH H. JONES, Circuit Judge, concurring.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 19-10197   USA v. Eric McGinnis
                      USDC No. 3:17-CR-499-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

cc:
    Mr. Brandon Elliott Beck
    Mr. Andrew Laing
    Mr. Juan Gabriel Rodriguez
    Ms. Leigha Amy Simonton